FILED
NOV 16 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )     4:22CR650 JAR/PLC |
| BOBBY PARKER, | ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 10, 2022, in the City of St. Louis and within the Eastern District of Missouri,

**BOBBY PARKER,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT II

The Grand Jury further charges that:

On or about November 10, 2022, in the City of St. Louis and within the Eastern District of Missouri,

**BOBBY PARKER,**

the defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a

court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the defendant's possession, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT III

The Grand Jury further charges that:

On or about November 10, 2022, in the City of St. Louis and within the Eastern District of Missouri,

**BOBBY PARKER,**

the defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count I, in violation of Title 18, United States Code, Section 924(c)1.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count I, the defendant shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to the offense set forth in Count I.

3. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g)(1) or 924(c) as set forth in Counts II and III, the defendant shall forfeit to the United States of America any firearm or ammunition involved in, used, or intended to be used in said violations.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney

3